01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  IGNACIO ZAMORA MARTINEZ,          )    CASE NO. C05-2022RSL
                                      )
09          Petitioner,               )
                                      )
10      v.                            )    ORDER OF DISMISSAL
                                      )
11  ATTORNEY GENERAL and ICE,         )
                                      )
12          Respondents.              )
    _____  )

13

14          The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits

15  in support and in opposition to that petition, the Report and Recommendation of the Honorable

16  Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find

17  and ORDER:

18          (1)     The Court adopts the Report and Recommendation;

19          (2)     Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with

20                  prejudice; and

21  / / /

22  / / /

ORDER OF DISMISSAL
PAGE -1

01    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge

02           Theiler.

03    DATED this 20th day of April, 2006.

04

05                                        *Robert S. Lasnik*
                                          _____
                                          Robert S. Lasnik
06                                        United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2